# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN AURELIO SILVA,<br><br>    Plaintiff,<br><br>    v.<br><br>ACCESS SECUREPAK,<br><br>    Defendant._____/ | CASE NO. 1:12-cv-02097-AWI-SAB<br><br>ORDER DENYING PLAINTIFF'S REQUEST TO WAIVE COURT FEES<br><br>(ECF NO. 3) |

Plaintiff Justin Aurelio Silva is a state prisoner appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 26, 2012, Plaintiff filed a complaint, a motion to proceed in forma pauperis, and a motion to waive court fees. (ECF Nos. 1, 2, 3.) Plaintiff was granted in forma pauperis status on January 8, 2013. (ECF No. 5.)

Plaintiff is a prisoner proceeding pro se under 28 U.S.C. § 1915 which requires that Plaintiff pay the statutory filing fee in this action. 28 U.S.C. § 1915(b)(1). Plaintiff's motion to proceed in forma pauperis has been granted and an order issued directing the warden of Centinela State Prison to submit Plaintiff's payments to the clerks office. Accordingly,

IT IS HEREBY ORDERED that Plaintiff's motion to waive court fees is DENIED.

IT IS SO ORDERED.

Dated:   **January 18, 2013**              **/s/ Stanley A. Boone**
                                                            UNITED STATES MAGISTRATE JUDGE

1