# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN AURELIO SILVA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ACCESS SECUREPAK,<br><br>　　　　Defendant.<br>_____/ | CASE NO. 1:12-cv-02097-AWI-SAB<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL (ECF Nos. 7, 8)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL |

Plaintiff Justin Aurelio Silva, a state prisoner appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983, filed this action on December 26, 2012. (ECF No. 1.) On January 18, 2013, the complaint was screened and findings and recommendations issued recommending dismissing this action for failure to state a claim, and Plaintiff was given thirty days in which to file objections. (ECF No. 7.) On February 15, 2013, Plaintiff filed a notice of voluntary dismissal.[1] (ECF No. 8.)

"[U]nder Rule 41(a)(1)(I), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (*quoting* Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)). "[A] dismissal under Rule 41(a)(1) is effective

---

[1] In the notice of voluntary dismissal, Plaintiff requests direction from the court on the proper avenue/venue to bring this claim. As Plaintiff was directed advised in the findings and recommendations, he does not have standing to bring a claim for the stress his family suffered from dealing with the loss of the package. (Findings and Recommendations 2:25-26, ECF No. 7.) To the extent that Plaintiff wishes to pursue claims against a private actor, this is not a civil rights action and cannot be pursued in federal court. (Id. at 2:15-17.)

1

on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Id. at 1078.  No defendant has filed an answer or other responsive pleading.

     Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:  February 19, 2013

                                            SENIOR  DISTRICT  JUDGE